UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DORIS ASIRIFI, ET AL** | Civil Action No. |
| Plaintiff, | 2:11-CV-4039 |
| v. | |
| **OMNI ASSET MANAGEMENT, LLC., ET AL** | **Order of Reassignment** |
| Defendant. | |

It is on 11th day of April, 2014

**ORDERED** that the entitled action is reassigned from

Judge Dennis M. Cavanaugh to Judge Stanley R. Chesler.


    s/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court